■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN EDWARD ENGLE, Appellant.— Judgment of the County Court, Dutchess County,

rendered November 16, 1966, affirmed (Code Crim. Pro., § 542). Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.